Cliff Fonstein (CF-8603)
Joanne Seltzer (JS-2686)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendant
Deutsche Bank Securities, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GERARD PLANT,

             Plaintiff,

           - against -

DEUTSCHE BANK SECURITIES, INC.

            Defendant.

------------------------------------------------X

07 Civ. 3498 (AKH)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, Defendant, Deutsche Bank Securities, Inc., a nongovernmental corporate party, through its undesigned counsel, certifies that the following are its corporate parents: Deutsche Bank AG, Tannus Corporation and Deutsche Bank Financial Markets Holding Corporation.

      Defendant further certifies that, other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of Deutsche Bank Securities, Inc.'s stock.

Dated: June 11, 2007
      New York, New York

SIDLEY AUSTIN LLP

By: _____
    Cliff Fonstein (CF-8603)
    Joanne Seltzer (JS-2686)
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.

NY1 6234672v.1