Cliff Fonstein (CF-8603)
Joanne Seltzer (JS-2686)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendant
Deutsche Bank Securities, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GERARD PLANT,

                Plaintiff,

        - against -

DEUTSCHE BANK SECURITIES, INC.

                Defendant.

------------------------------------------------------X

07 Civ. 3498 (AKH)

**NOTICE OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

To:   Attorney for Plaintiff:
      Michael E. Norton
      Norton & Associates LLC
      551 Fifth Avenue, 27th Floor
      New York, New York 10176-2701

         **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affidavit of Cliff Fonstein, the undersigned will move this Court before The Honorable Alvin K. Hellerstein at the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the time-barred claims in Plaintiff Gerard Plant's Complaint, in their entirety and with prejudice, for failure to state a claim upon which relief can be granted.

NY1 6235294v.1

|  |  |
|---|---|
| Dated: June 11, 2007<br>New York, New York | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br><br>By: _____<br>Cliff Fenstein (CF-8603)<br>Joanne Seltzer (JS-2686)<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-5300<br><br>Attorneys for Defendant<br>Deutsche Bank Securities Inc. |

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 11th day of June, 2007, I caused a true and correct copy of the foregoing Notice of Motion for Partial Dismissal of Plaintiff's Complaint to be served by hand upon the following parties:

> Attorney for Plaintiff:
> Michael E. Norton
> Norton & Associates LLC
> 551 Fifth Avenue, 27th Floor
> New York, New York 10176-2701

*Joanne Seltzer*
Joanne Seltzer