Cliff Fonstein (CF-8603)
Joanne Seltzer (JS-2686)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendants
Deutsche Bank Securities, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

GERARD PLANT,

                Plaintiff,

         - against -

DEUTSCHE BANK SECURITIES, INC.

                Defendant.

------------------------------------------------X

07 Civ. 3498 (AKH)

**AFFIRMATION OF CLIFF FONSTEIN IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

        CLIFF FONSTEIN, an attorney at law duly admitted to practice before the Courts of the State of New York, hereby affirms the following under penalty of perjury:

        1.    I am a member of the bar of this Court and a member of Sidley Austin LLP, counsel for Defendant Deutsche Bank Securities, Inc. As such, I am familiar with the facts and circumstances of the instant action.

        2.    A true and correct copy of the Complaint in this action filed on May 2, 2007, is attached hereto as Exhibit A.

3. A true and correct copy of Plaintiff Gerard Plant's Charge of Discrimination, dated June 14, 2005, is attached hereto as Exhibit B.

Dated: June 11, 2007  
      New York, New York

SIDLEY AUSTIN LLP

By: _____  
Cliff Fonstein (CF-8603)  
Joanne Seltzer (JS-2686)  
787 Seventh Avenue  
New York, New York 10019  
(212) 839-5300

Attorneys for Defendant  
Deutsche Bank Securities Inc.

2

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 11th day of June, 2007, I caused a true and correct copy of the foregoing Affirmation of Cliff Fonstein to be served by hand upon the following parties:

> Attorney for Plaintiff:
> Michael E. Norton
> Norton & Associates LLC
> 551 Fifth Avenue, 27th Floor
> New York, New York 10176-2701

_____
Joanne Seltzer

NY1 6235336v.1