Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
Attorneys For Defendant
Deutsche Bank Securities, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

GERARD PLANT,

            Plaintiff,

    - against -

DEUTSCHE BANK SECURITIES, INC.

           Defendant.

--------------------------------------------------------------X

07 Civ. 3498 (AKH)

**NOTICE OF APPEARANCE**

      Please enter my appearance in the above-captioned action as counsel for Defendant Deutsche Bank Securities Inc. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Dated: July 6, 2007
       New York, New York

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 6th day of July, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served by electronic and regular mail upon the following parties:

>Attorney for Plaintiff:
>Michael E. Norton
>Norton & Associates LLC
>551 Fifth Avenue, 27th Floor
>New York, New York 10176-2701

_____
Joanne Seltzer

NY1 6265159v.1