

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

jseltzer@sidley.com
(212) 839-5985

BEIJING         GENEVA          SAN FRANCISCO
BRUSSELS        HONG KONG       SHANGHAI
CHICAGO         LONDON          SINGAPORE
DALLAS          LOS ANGELES     TOKYO
FRANKFURT       NEW YORK        WASHINGTON, DC

FOUNDED 1866

August 1, 2007

*[handwritten endorsement: Conf is adjourned to Aug 10, 2007 @ 9:30 am. 8/1/07 /s/ Alvin Hellerstein]*

**By Facsimile (212) 805-7942**

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   Gerard Plant v. Deutsche Bank Securities, Inc.
      Case No.: 07 CV 3298

Dear Judge Hellerstein:

    We represent Defendant, Deutsche Bank Securities, Inc., in the above-referenced matter. We are writing to request an adjournment of the conference scheduled for August 3, 2007 due to a death in my family, requiring my attendance at a funeral on the morning of August 3rd. No other counsel familiar with this matter is available to attend this conference. This is the first time Defendant has requested an adjournment in this matter. Counsel for Plaintiff, Gerald Plant, has consented to this request for an adjournment. Both parties are available next Friday, August 10, 2007 or on any other date and time that is convenient for the Court, with the exception of the week of August 13 through 17, 2007. As the conference was an initial scheduling conference, no other scheduled dates would be impacted by this adjournment.

    We appreciate your consideration of this request.

Very truly yours,

Joanne Seltzer

cc:   Michael E. Norton, Esq. (by electronic and First Class mail)
      Cliff Fonstein, Esq.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships