```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GERARD PLANT,

               Plaintiff,

    - against -

DEUTSCHE BANK SECURITIES, INC.

               Defendant.

----------------------------------------X

07 Civ. 3498 (AKH)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gerard Plant and Defendant Deutsche Bank Securities Inc., that the above-captioned action is hereby DISMISSED WITH PREJUDICE, and without costs or attorneys' fees to any party.

Dated: New York, New York
       January 31, 2008

                          Respectfully submitted,

                          NORTON & ASSOCIATES, LLC

            By: _____
                      Michael E. Norton (MN 1796)
                      317 Madison Avenue, Suite 415
                      New York, New York 10017
                      (212) 297-0100

                      Attorneys for Plaintiff
                      Gerard Plant

SIDLEY AUSTIN LLP

By: /s/ Cliff Fonstein
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.

NY1 6468968v.3

SO ORDERED: 2/19/08
/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN, U.S.D.J.